UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MOHAMED ADEN ABDI,

Petitioner,

v.

LORETTA LYNCH, Attorney General; JEH JOHNSON, Secretary of Department of Homeland Security; PETER R. BERG, St. Paul ICE Field Director; WARDEN OF CARVER COUNTY; and CARVER COUNTY SHERIFF;

Respondents.

Case No. 0:16-cv-02930-PJS-KMM

**ORDER**

Mohamed Aden Abdi, A-212-622-790, Carver County Jail, 606 East 4th Street, Chaska, MN 55318 petitioner pro se

Ana H. Voss, D. Gerald Wilhelm, Assistant United States Attorneys, United States Attorney's Office, 300 S 4th St Ste 600, Minneapolis, MN 55415, counsel for respondents

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated March 8, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **DENIED AS MOOT** and this action is **DISMISSED**.

Let judgment be entered accordingly.

Date: 4/6/17

                                                  s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  United States District Judge